[No. 8652-2–II.   Division Two.   June 18, 1987.]

KITSAP COUNTY, *Respondent,* v. WILLIAM SESKO,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 84-2–00751–8, James I. Maddock, J., entered
March 15, 1985. *Affirmed* by unpublished opinion per
Edgerton, J. Pro Tem., concurred in by Callow and Swayze,
JJ. Pro Tem.

[No. 9022-8–II.   Division Two.   June 18, 1987.]

JOHN A. PAGLIA, *Appellant,* v. PIERCE COUNTY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 81-2–03477–8, William E. Howard, J., entered
July 2, 1985. *Affirmed* by unpublished opinion per Goodloe,
J. Pro Tem., concurred in by Ladley and Mitchell, JJ. Pro
Tem.

[Nos. 9217-4–II; 9218-2–II.   Division Two.   June 18, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. VAN
FELIX DYCHES, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for
Pierce County, No. 85-1–00874–1, J. Kelley Arnold, J.,
entered September 6, 1985. *Affirmed* by unpublished opin-
ion per Jones, J. Pro Tem., concurred in by Reser and
Utter, JJ. Pro Tem.